**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 641 EAL 2014
:
                Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
:
:
:
HYKEEM CARTER, :
:
            Petitioner :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 17th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.